IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 7 Case |
| | ) | |
| **Marueen L Love,** | ) | Case No. **18-00111** |
| | ) | |
| Debtor. | ) | Hon. Jacqueline P. Cox |

### NOTICE OF MOTION

TO: See Attached List:

PLEASE TAKE NOTICE that on **Tuesday, September 7, 2021** at **1:00 PM,** I will appear before the Honorable Jacqueline P. Cox, or any judge sitting in her place, and present the United States Trustee's **Motion for Order Reopening Chapter 7 Case Pursuant to 11 U.S.C. § 350(B) and Rule 5010 of the Federal Rules of Bankruptcy Procedure and for Authorization to Appoint a Chapter 7 Trustee,** a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government**. No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, (1) use this link: https://www.zoomgov.com/. (2) Enter the meeting ID **1612732896**. (3) Enter the passcode **778135**.

**To appear by telephone**, (1) call Zoom for Government at 1-669-254-5252 or 1-646- 828-7666. (2) Enter the meeting ID **1612732896**. (3) Enter passcode **778135**.

**When prompted identify yourself by stating your full name**.

**To reach Judge Cox's web page** go to www.ilnb.uscourts.gov and click on the tab for Judges.

**If you object to this motion** and want it called on the presentment date above, you may file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may call the matter regardless.

> */s/ Adam G. Brief*
> Adam G. Brief, Assistant U.S. Trustee
> OFFICE OF THE U.S. TRUSTEE
> 219 S. Dearborn Street
> Chicago, IL  60604
> adam.brief@usdoj.gov
> (202) 503-7104

1

# CERTIFICATE OF SERVICE

      I, Adam G. Brief, Assistant U.S. Trustee, certify that I served copies of the **Notice of Motion and Motion for Order Reopening Chapter 7 Case Pursuant to 11 U.S.C. § 350(B) and Rule 5010 of the Federal Rules of Bankruptcy Procedure and for Authorization to Appoint a Chapter 7 Trustee** on each entity shown on the attached list at the address shown and by the method indicated on the list on August 30, 2021 at 5:00 PM.

                                        /s/ *Adam G. Brief*

# SERVICE LIST

**Registrants Served Through the Court's Electronic Notice for Registrants:**

Jessica Bentz    jholguin@bentzholguinlaw.com
Deborah Kanner Ebner    dkebner@debnertrustee.com

**Parties Served via First Class Mail:**

MARUEEN L LOVE
2132 N HARLEM AVE APT 1N
ELMWOOD PARK, IL 60707-3220

MARUEEN L LOVE
7816 S MORGAN ST FL 2
CHICAGO, IL 60620

CAPITAL ONE AUTO FINANCE,
A DIVISION OF CAPITAL ONE, N.A.,
C/O AIS PORTFOLIO SERVICES, LP
4515 N SANTA FE AVE. DEPT. APS
OKLAHOMA CITY, OK 73118

PRA RECEIVABLES MANAGEMENT, LLC
PO BOX 41021
NORFOLK, VA 23541

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 7 Case |
| | ) | |
| | ) | |
| **Marueen L Love,** | ) | Case No. **18-00111** |
| | ) | |
| | ) | |
| Debtor. | ) | Hon. Jacqueline P. Cox |

**MOTION FOR ORDER REOPENING CHAPTER 7 CASE PURSUANT TO 11 U.S.C. § 350(b) AND RULE 5010 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE AND FOR <u>AUTHORIZATION TO APPOINT A CHAPTER 7 TRUSTEE</u>**

Patrick S. Layng, the United States Trustee for the Northern District of Illinois ("U.S. Trustee"), by and through the Assistant U.S. Trustee, Adam G. Brief, hereby requests entry of an order reopening this case pursuant to Section 350(b) of the Bankruptcy Code and Bankruptcy Rule 5010 and for authorization to appoint a chapter 7 trustee. In support of his motion, the U.S. Trustee respectfully states as follows:

**<u>JURISDICTION</u>**

1. The Court has jurisdiction to hear and determine this proceeding under 28 U.S.C. § 157(b)(2) and IOP 15(a) and Local Rule 40.3.1 of the United States District Court for the Northern District of Illinois.

2. Movant is the U.S. Trustee for the Northern District of Illinois and is charged with supervising the administration of bankruptcy cases under 28 U.S.C. § 586(a). The U.S. Trustee has standing to bring this Motion under 11 U.S.C. § 307.

1

## BACKGROUND

3. Marueen L Love commenced this case by filing a voluntary petition for relief under Chapter 7 of the Bankruptcy Code on January 3, 2018.

4. Deborah Kanner Ebner was appointed and served as the chapter 7 trustee ("Chapter 7 Trustee"). On March 8, 2018, the Chapter 7 Trustee filed a No Asset Report. [Dkt. 14] Subsequently, the Court entered an order discharging the Chapter 7 Trustee and closing this bankruptcy case.

5. More recently, the U.S. Trustee received notification that Ms. Love may be entitled to a settlement from an undisclosed prepetition cause of action.

6. Upon information and belief, the U.S. Trustee believes that the proceeds from this settlement may be property of the estate pursuant to 11 U.S.C. § 541(a).

## RELIEF REQUESTED

7. The U.S. Trustee requests that the Court reopen this bankruptcy case and authorize the U.S. Trustee to appoint a chapter 7 trustee.

8. Section 350 of the Bankruptcy Code provides that:

   (a) After an estate is fully administered and the court has discharged the trustee, the court shall close the case.

   (b) A case may be reopened in the court in which such case was closed to administer assets, to accord relief to the debtor, or for other cause.

Rule 5010 of the Federal Rules of Bankruptcy Procedure implements Section 350(b).

9. Based on the foregoing, the U.S. Trustee requests that the Court reopen this bankruptcy case and authorize the U.S. Trustee to appoint a chapter 7 trustee to further investigate and determine whether assets are available for creditors and for any other action the chapter 7 trustee deems necessary.

**WHEREFORE**, the U.S. Trustee respectfully asks the Court to enter an order: (1) reopening this case; (2) authorizing the U.S. Trustee to appoint a chapter 7 trustee to represent the estate; and (3) for such other and further relief as this Court deems appropriate.

                                                   RESPECTFULLY SUBMITTED,
                                                   PATRICK S. LAYNG
                                                   UNITED STATES TRUSTEE

Dated: <u>August 30, 2021</u>                   <u>*/s/ Adam G. Brief*</u>
                                                          Adam G. Brief, Assistant U.S. Trustee
                                                          OFFICE OF THE U.S. TRUSTEE
                                                          219 S. Dearborn Street
                                                          Chicago, IL 60604
                                                          adam.brief@usdoj.gov
                                                          (202) 503-7104